**Opinion issued January 11, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00495-CR**

————————————

**IN RE WILLIAM M. JONES, Relator**

**Original Proceeding on Petition for Writ of Mandamus**

**MEMORANDUM OPINION**

Relator William M. Jones, incarcerated and acting pro se, filed a petition for writ of mandamus "seeking to compel the [t]rial [c]ourt to perform its [m]inisterial dut[y] and rule on Relator's 'petition for DNA testing.'"[1]

---

[1]   The underlying case is *The State of Texas v. William M. Jones*, Cause No. 1387546, pending in the 351st District Court of Harris County, Texas, the Honorable Natalia Cornelio presiding.

We deny the petition. TEX. R. APP. P. 52.8(a). Any pending motions are denied as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).